**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00097-KD-B |
| JARROD A. ROSS | : |

<u>ORDER ON ARRAIGNMENT</u>
<u>SUPERSEDING INDICTMENT</u>

On this date, the defendant, **Jarrod A. Ross**, appeared in person and in open Court with **appointed counsel, Assistant Federal Defender Fred Tieman,** and was arraigned in accordance with Rule 10, Federal Rules of Criminal Procedure. The United States was represented by **Assistant U.S. Attorney Tandice Blackwood for Assistant U.S. Attorney Justin Roller.**

<u>PLEA</u>. The defendant entered a plea of **NOT GUILTY** to each count he was named. Counsel for the defendant is requested to contact the U. S. Attorney immediately if the defendant intends to engage in plea negotiations. **If defendant decides to change this plea, the parties shall file a Notice of Intent to Plead Guilty[1] no later than the pretrial conference** and the case will then be set on a plea docket. If defendant file a Notice of Intent to Plead Guilty prior to the pretrial conference, the Deputy Clerk will schedule a change-of-plea hearing based on the directions of the district judge to which the case is assigned.[2]

See Court's Order to Designate the Case as Complex and Set a Scheduling Hearing Pursuant to LR 17.1, entered May 23, 2025. A pretrial conference is currently scheduled before Magistrate Judge Sonja F. Bivins on June 9, 2025, at 10:00 a.m., Courtroom 5A. (<u>see</u> Doc. 39).

<u>LOCAL RULES</u>. All parties are reminded that the Local Rules and Standing Orders of the Southern District of Alabama contain important requirements concerning discovery, representation of defendants, and other matters. They are reprinted in ALABAMA RULES

---

[1] The Notice of Intent to Plead Guilty shall reflect the specific count(s) to which Defendant will plea and whether there is a plea agreement.

[2] In those instances where a Notice of Intent to Plead Guilty is filed prior to the pretrial conference date, it is not necessary for counsel or the defendant to appear for a conference.

OF COURT (West Publishing Co.) and ALABAMA RULES ANNOTATED (The Michie Co.), and posted on the Court's website, **http://www.alsd.uscourts.gov**.  Since they are amended from time to time, the most current version may be the version posted by the Clerk of Court.

DONE and ORDERED this 4th day of June, 2025.

<u>s/P. BRADLEY MURRAY</u>
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT 1

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### _____ DIVISION

**UNITED STATES OF AMERICA** \*

\*

**VS.**  \*   Cr. Action No.: _____

\*

_____  \*

\*

**Defendant.**  \*

### WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. § § 3161-3174, but have elected to have that time period extended.

I, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive (GIVE UP) my right to a speedy trial. This decision has been made after I:

    (A)   was advised by my attorney of the reasons for seeking a continuance;

    (B)   became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

    (C)   with full understanding and knowledge, have agreed to the extension of time to the _____, 20\_\_\_\_\_ trial term.
                       [month]

I certify under the penalty of perjury that the foregoing is true and correct on this the _____ day of _____, 20_____.

_____
DEFENDANT'S SIGNATURE

APPROVED BY:

_____
ATTORNEY'S NAME
ATTORNEY FOR DEFENDANT