IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.:  25-00097-KD-B |
| | ) |
| JARROD A. ROSS | ) |
|     Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, and without any objection having been filed by the parties, the plea of guilty of the Defendant Jarrod A. Ross to **Counts One** and **Seven** of the Superseding Indictment—charging violation of 18 U.S.C. § 1349, conspiracy to commit bank fraud, and 18 U.S.C. § 1028A(a)(1), aggravated identity theft, respectively—is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 9, 2026, at 1:00 p.m. in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this **12th** day of **September 2025**.

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**